UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

YU LING SHEN, individually and on behalf of
all other employees similarly situated,

     Plaintiff,

  -against-          NOTICE OF MOTION

                15 CV 663(GHW)

466 AMAZE CORP. d/b/a Amaze Fusion
& Lounge, XUE MEI CHEN and JOHN (FIRST
NAME UNKNOWN) HUANG,

     Defendants.
_____

  PLEASE TAKE NOTICE that, upon the Declaration of Bernard D'Orazio dated January 18, 2016, and all the exhibits annexed thereto, plaintiff will move this Court on February 18, 2016, at the Courthouse thereof, 500 Pearl Street, New York, New York, for an order (A) pursuant to Federal Rules of Civil Procedure 37(a)(3)(B), compelling defendants-judgment debtors 466 Amaze Corp. d/b/a Amaze Fusion & Lounge and Xue Mei Chen to provide all demanded post-judgment discovery, (B) pursuant to Rule 37(d), sanctioning defendants-judgment debtors 466 Amaze Corp. d/b/a Amaze Fusion & Lounge and Xue Mei Chen and ordering them to pay plaintiff's attorneys' fees, and (C) granting plaintiff such other and further relief as is just and proper .

Dated:  New York, New York
     January 18, 2016

            LAW OFFICES OF
            BERNARD D'ORAZIO & ASSOCIATES, P.C.


             s/Bernard D'Orazio
           By: _____
            Bernard D'Orazio

Attorneys for Plaintiff
100 Lafayette Street-Suite 601
New York, New York 10013-4400
(212) 608-5300
bdorazio@dorazio-law.com

TO:

466 Amaze Corp. d/b/a
Amaze Fusion Lounge
466 Amsterdam Avenue
New York, NY 10025

Xue Mei Chen
c/o Amaze Fusion & Lounge
466 Amsterdam Avenue
New York, NY 10025