```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/07/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
YU LING SHEN, individually and on behalf of all :
other employees similarly situated,                           :
                                                              :
                                           Plaintiff,         :          1:15-cv-663-GHW
                                                              :
                    -against-                                 :          ORDER
                                                              :
466 AMAZE CORP. d/b/a Amaze Fusion &                          :
Lounge, XUE MEI CHEN, and JOHN (FIRST                         :
NAME UNKNOWN) HUANG,                                          :
                                                              :
                                           Defendants.        :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    Plaintiff's request for leave to file a motion to hold judgment debtors 466 Amaze Corp. and

Xue Mei Chen in contempt of Court and for sanctions, Dkt. No. 43, is granted.  Accordingly,

Plaintiff's motion is due no later than April 6, 2016.  Defendants' opposition to that motion is due

no later than fourteen days following the date of service of Plaintiff's motion.  Plaintiff's reply, if

any, is due no later than seven days following the date of service of Defendants' opposition.  The

Court will hold a hearing on Plaintiff's motion for contempt and sanctions on May 5, 2016 at

2:00 p.m., in Courtroom 12C of the United States District Court for the Southern District of New

York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The parties are ordered to appear at that date and time.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 43.

    Plaintiff is directed to serve this order on Defendants and to retain proof of service.

    SO ORDERED.

Dated:  March 7, 2016                        _____
New York, New York                               GREGORY H. WOODS
                                             United States District Judge