LAW OFFICES OF

# ⊷ BERNARD D'ORAZIO ⊶

& ASSOCIATES, P.C.

February 19, 2016

**BY PRIORITY MAIL**

Xue Mei Chen
c/o 466 Amaze Corp.
d/b/a Amaze Fusion & Lounge
466 Amsterdam Avenue
New York, NY 10024

   Re: <u>Shen v. 466 Amaze Corp. d/b/a Amaze Fusion & Lounge and Xue Mei Chen</u>

Dear Xue Mei Chen:

   We are the lawyers for the plaintiff in this lawsuit.

   Enclosed is an Order of the Court directing you to comply with an **Information Subpoena & Restraining Notice, Notice of Deposition,** and **Demand for Production of Documents**.

   Per the court's Order, you are required to appear on **March 4, 2016 at 10:00 a.m.** at my office for a deposition.

   Please call my office to confirm you will be appearing on March 4.

        Very truly yours,

        Bernard D'Orazio

Enclosure

LAW OFFICES OF

# BERNARD D'ORAZIO

## & ASSOCIATES, P.C.

February 19, 2016

**BY PRIORITY MAIL**

466 Amaze Corp.
d/b/a Amaze Fusion & Lounge
466 Amsterdam Avenue
New York, NY 10024

> Re: **Shen v. 466 Amaze Corp. d/b/a Amaze Fusion & Lounge and Xue Mei Chen**

Dear Sir or Madam:

We are the lawyers for the plaintiff in this lawsuit.

Enclosed is an Order of the Court directing you to comply with an **Information Subpoena & Restraining Notice, Notice of Deposition,** and **Demand for Production of Documents.**

Per the court's Order, you are required to appear on **March 4, 2016 at 10:00 a.m.** at my office for a deposition.

Please call my office to confirm you will be appearing on March 4.

Very truly yours,

Bernard D'Orazio

Enclosure

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/18/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

YU LING SHEN, individually and on behalf of all :
other employees similarly situated,                              :
                                                                 :
                                        Plaintiff,               :            1:15-cv-663-GHW
                                                                 :
                    -against-                                    :            ORDER
                                                                 :
466 AMAZE CORP. d/b/a Amaze Fusion &                             :
Lounge, XUE MEI CHEN, and JOHN (FIRST                            :
NAME UNKNOWN) HUANG,                                             :
                                                                 :
                                        Defendants.              :
-------------------------------------------------------------------X

## ORDER COMPELLING DEFENDANTS 466 AMAZE CORP. AND XUE MEI CHEN TO PROVIDE POST-JUDGMENT DISCOVERY

This matter having come before the Court on plaintiff's motion to compel defendants to

provide post-judgment discovery and for sanctions, pursuant to Federal Rules of Civil Procedure 37

and 69, and having reviewed the foregoing, it is hereby,

**ORDERED AND ADJUDGED** that:

1.  Plaintiff's amended motion to compel, Dkt. No. 39, is GRANTED in part and DENIED in

    part.

2.  Defendants 466 Amaze Corp. and Xue Mei Chen are ordered to produce all non-privileged

    documents and information requested in plaintiff's Restraining Notice and Information

    Subpoena, dated November 5, 2015, and plaintiff's First Demand for Production of Documents,

    dated November 5, 2015.

3.  Defendant Xue Mei Chen is ordered to appear for and fully cooperate at a deposition in aid of

    execution of judgment on March 4, 2016 at 10:00 a.m., at the Law Offices of Bernard D'Orazio,

    P.C., 100 Lafayette Street, Suite 601, New York, NY 10013.  For further inquiries, defendants

    may contact plaintiff's counsel at (212) 608-5300.



PLAINTIFF'S
EXHIBIT
1
OC2   3/4/16
PENGAD 800-631-6989

4. Failure to comply with this order may result in a finding of contempt or the imposition of other

sanctions.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 39.

Plaintiff is directed to serve this order on defendants and to retain proof of service.

SO ORDERED.

Dated: February 18, 2016
New York, New York

_____
GREGORY H. WOODS
United States District Judge