THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DIST OF NEW YORK

Index No.: CV-663-GHW  
Filed On:

YU LING SHEN, individually and on behalf of all other employees similarly situated

-against-

466 AMAZE CORP. d/b/a Amaze Fusion & Lounge et al

**Affidavit of Service**  
**BUSINESS / AGENCY**

STATE OF NEW YORK, COUNTY OF NEW YORK: Carl Bouton, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 2/25/2016 at 1:41 PM at C/O AMAZE FUSION & LOUNGE, 466 AMSTERDAM AVENUE, NEW YORK, NY 10025 your deponent served the ORDER DATED FEBRUARY 18 AND LETTER bearing Index # CV-663-GHW upon 466 AMAZE CORP. d/b/a AMAZE FUSION LOUNGE, by delivering a true copy to Ms. Juni C. - authorized agent. Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Female  
Skin Color: Asian  
Hair Color: Brown  
Approximate Age: 26 - 30  
Approximate Height: 4ft 9in - 5ft 2in  
Approximate Weight: 125 - 135

Sworn to before me on 2/25/2016:

DENISE LOWE  
Notary Public, State of New York  
No. 01LO6168083  
Qualified in NEW YORK County  
Commission Expires 6/4/2019

Carl Bouton  
NYC License # - 2011838

Bernard D. Orazio, P.C.  
100 Lafayette Street, Suite 601  
New York, NY 10013  
Phone: (212) 608-5300  
File No. SHEN

RETURN TO: Nationwide Court Services, Inc.  
20 VESEY ST REAR LOBBY  
NEW YORK, NY 10007  
DCA Lic#: 1037536 Ph: 212-349-3776  
(NCS460199)SP 596236

THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DIST OF NEW YORK

Index No.: CV-663-GHW  
Filed On:

YU LING SHEN, individually and on behalf of all other employees similarly situated

-against-

466 AMAZE CORP. d/b/a Amaze Fusion & Lounge et al

**Affidavit of Service**  
**SUBSTITUTE**

STATE OF NEW YORK, COUNTY OF NEW YORK: Carl Bouton, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 2/25/2016 at 1:41 PM at C/O AMAZE FUSION & LOUNGE, 466 AMSTERDAM AVE, NEW YORK, NY 10025, your deponent served the ORDER DATED FEBRUARY 18 AND LETTER bearing Index # CV-663-GHW upon XUE MEI CHEN, by delivering a true copy in a plain envelope marked 'personal and confidential' to a person of suitable age and discretion, to wit: Ms. Juni C., Coworker, who verified that the intended recipient actually is employed at this location.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Female  
Skin Color: Asian  
Hair Color: Brown  
Approximate Age: 26 - 30  
Approximate Height: 4ft 9in - 5ft 2in  
Approximate Weight: 125 - 135

That on 2/25/2016, your deponent mailed a true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: C/O AMAZE FUSION & LOUNGE, 466 AMSTERDAM AVE, NEW YORK, NY 10025 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

That at the time of service as aforesaid, your deponent asked person spoken to whether the intended recipient was currently enrolled in military service or dependent on someone in the military service of the United States of America and received a negative reply. Upon such information, I aver that the named recipient is not actively enrolled in nor dependent on someone in the military service of the United States of America.

Sworn to before me on 2/25/2016:

DENISE LOWE  
Notary Public, State of New York  
No. 01LO6168083  
Qualified in NEW YORK County  
Commission Expires 6/4/2019

Carl Bouton  
NYC License # - 2011838

Bernard D. Orazio, P.C.  
100 Lafayette Street, Suite 601  
New York, NY 10013  
Phone: (212) 608-5300  
File No. SHEN

RETURN TO: Nationwide Court Services, Inc.  
20 VESEY ST REAR LOBBY  
NEW YORK, NY 10007  
DCA Lic#: 1037536 Ph: 212-349-3776  
(NCS460199)SP 596250