UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

YU LING SHEN, individually and on behalf of
all other employees similarly situated,

                Plaintiff,

   -against-              1:15-cv-663-GHW

466 AMAZA CORP. d/b/a Amaze Fusion & Lounge,
XUE MEI CHEN, and JOHN (FIRST NAME UNKNOWN)
HUANG,

                Defendants.
------------------------------------------X

                March 4, 2016
                10:32 a.m.

STATEMENT ON THE RECORD

BY: DEVORA LIEA ZION

ORIGINAL

```
 1    A P P E A R A N C E S

 2

 3      LAW OFFICES OF BERNARD D'ORAZIO & ASSOCIATES, P.C.

 4      Attorneys for Plaintiff

 5      100 Lafayette Street, Suite 601

 6      New York, New York 10013

 7      212-608-5300

 8      BY: BERNARD D'ORAZIO, ESQ.

 9

10      466 AMAZA CORP. d/b/a Amaze Fusion & Lounge,
        XUE MEI CHEN, and JOHN (FIRST NAME UNKNOWN)
11      HUANG, PRO SE

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    MR. D'ORAZIO: We're on the record here
2    today. It is now 10:32 a.m. on March 4, 2016.
3    And we're here extensively to take the
4    depositions of the defendants judgement debtors
5    446 Amaze Corp. doing business as Amaze Fusion
6    and Lounge and an individual known as Xue, X-U-E,
7    Mei, M-E-I, Chen, both of whom have been ordered
8    by this court to appear today for postjudgment
9    depositions.
10        And I reference as Plaintiff's Exhibit 1
11   today the order of your Honorable Gregory Woods,
12   United States district judge in this case dated
13   February 18, 2016, which ordered the two named
14   judgement debtors to produce all non privileged
15   documents and information requested in
16   plaintiff's restraining notice and information
17   subpoena dated November 5, 2015, and plaintiff's
18   first demand for production of documents dated
19   November 5, 2015, and furthermore ordered
20   defendant Chen to appear and fully cooperate at a
21   deposition at my office on March 4, 2016 at
22   10:00 a.m.
23        I would note for the record that I have
24   reached out by letter numerous times to Mr. Chen
25   and 466 Amaze Corp. regarding this postjudgment

1   deposition and the request for discoveries.
2         The request for discoveries that were made
3   had received no response. We've never heard
4   anything from either the defendants. They never
5   retained counsel. I advised them to retain
6   counsel. I've given them my contact information,
7   and they simply ignored every step and everything
8   I've done in this case. So at this point, we are
9   going to consider this deposition busted, and
10  we'll close the record now. And the next step
11  will be to contact the judge and ask for further
12  relief. Thank you.
13        (Time noted: 10:35 a.m.)
14
15
16        I, Devora Liea Zion, a Notary.
17        Public for and within the State of
18        New York, do hereby certify that
19        the above is a correct transcription
20        Of my stenographic notes.
21
22        _____
          DEVORA LIEA ZION
23
24
25

## A
advised 4:5
AMAZA 1:8 2:10
Amaze 1:8 2:10 3:5
  3:5,25
appear 3:8,20
ASSOCIATES 2:3
Attorneys 2:4
a.m 1:13 3:2,22
  4:13

## B
behalf 1:4
BERNARD 2:3,8
business 3:5
busted 4:9

## C
C 2:1
case 3:12 4:8
certify 4:18
Chen 1:9 2:10 3:7
  3:20,24
close 4:10
consider 4:9
contact 4:6,11
cooperate 3:20
Corp 1:8 2:10 3:5
  3:25
correct 4:19
counsel 4:5,6
court 1:1 3:8

## D
dated 3:12,17,18
debtors 3:4,14
defendant 3:20
defendants 1:10
  3:4 4:4
demand 3:18
deposition 3:21 4:1
  4:9
depositions 3:4,9
Devora 1:16 4:16
  4:22
discoveries 4:1,2
district 1:1,2 3:12
documents 3:15,18
doing 3:5
D'ORAZIO 2:3,8

3:1
d/b/a 1:8 2:10

## E
E 2:1,1
either 4:4
employees 1:4
ESQ 2:8
Exhibit 3:10
extensively 3:3

## F
February 3:13
first 1:9 2:10 3:18
fully 3:20
further 4:11
furthermore 3:19
Fusion 1:8 2:10 3:5

## G
given 4:6
going 4:9
Gregory 3:11

## H
heard 4:3
Honorable 3:11
HUANG 1:9 2:11

## I
ignored 4:7
individual 3:6
individually 1:4
information 3:15
  3:16 4:6

## J
JOHN 1:9 2:10
judge 3:12 4:11
judgement 3:4,14

## K
known 3:6

## L
Lafayette 2:5
LAW 2:3
letter 3:24
Liea 1:16 4:16,22
LING 1:4
Lounge 1:8 2:10

3:6

## M
March 1:13 3:2,21
Mei 1:9 2:10 3:7
M-E-I 3:7

## N
N 2:1
NAME 1:9 2:10
named 3:13
never 4:3,4
New 1:2 2:6,6 4:18
non 3:14
Notary 4:16
note 3:23
noted 4:13
notes 4:20
notice 3:16
November 3:17,19
numerous 3:24

## O
office 3:21
OFFICES 2:3
order 3:11
ordered 3:7,13,19

## P
P 2:1,1
Plaintiff 1:6 2:4
plaintiff's 3:10,16
  3:17
point 4:8
postjudgment 3:8
  3:25
privileged 3:14
PRO 2:11
produce 3:14
production 3:18
Public 4:17
P.C 2:3

## R
R 2:1
reached 3:24
received 4:3
record 1:15 3:1,23
  4:10
reference 3:10

regarding 3:25
relief 4:12
request 4:1,2
requested 3:15
response 4:3
restraining 3:16
retain 4:5
retained 4:5

## S
S 2:1
SE 2:11
SHEN 1:4
similarly 1:4
simply 4:7
situated 1:4
SOUTHERN 1:2
State 4:17
STATEMENT
  1:15
States 1:1 3:12
stenographic 4:20
step 4:7,10
Street 2:5
subpoena 3:17
Suite 2:5

## T
take 3:3
Thank 4:12
Time 4:13
times 3:24
today 3:2,8,11
transcription 4:19
two 3:13

## U
United 1:1 3:12
UNKNOWN 1:9
  2:10

## W
we'll 4:10
we're 3:1,3
We've 4:3
Woods 3:11

## X
X 1:3,11
Xue 1:9 2:10 3:6

X-U-E 3:6

## Y
York 1:2 2:6,6 4:18
YU 1:4

## Z
Zion 1:16 4:16,22

## 1
1 3:10
1:15-cv-663-GHW
  1:7
10:00 3:22
10:32 1:13 3:2
10:35 4:13
100 2:5
10013 2:6
18 3:13

## 2
2015 3:17,19
2016 1:13 3:2,13,21
212-608-5300 2:7

## 4
4 1:13 3:2,21
446 3:5
466 1:8 2:10 3:25

## 5
5 3:17,19

## 6
601 2:5