Case 1:15-cv-00663-GHW Document 51-1 Filed 05/18/16 Page 1 of 2

Case 1:15-cv-00663-GHW Document 50 Filed 05/06/16 Page 1 of 2

<pre>
                                                                    USDC SDNY
                                                                    DOCUMENT
                                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                        DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                                       DATE FILED: 05/06/2016
------------------------------------------------------------X
YU LING SHEN, individually and on behalf of all             :
other employees similarly situated,                         :
                                                            :
                                          Plaintiff,        :     1:15-cv-663-GHW
                                                            :
                          -v -                              :     ORDER
                                                            :
466 AMAZE CORP. d/b/a "Amaze Fusion &                       :
Lounge", XUE MEI CHEN, and JOHN (FIRST                      :
NAME UNKNOWN) HUANG                                         :
                                                            :
                                          Defendants.       :
------------------------------------------------------------X
</pre>

GREGORY H. WOODS, District Judge:

For the reasons stated on the record during the hearing held on May 5, 2016, Plaintiff's motion to hold Defendants, judgment debtors, 466 AMAZE CORP. and XUE MEI CHEN in contempt of court and for sanctions, Dkt. No. 45, is granted in part and denied in part. Accordingly, it is hereby

ORDERED that Defendants 466 AMAZE CORP. and XUE MEI CHEN are found to be in contempt of court for failure to provide post-judgment discovery and comply with the Court's February 18, 2016 order directing them to do so.

IT IS FURTHER ORDERED that compensatory sanctions, to be paid by Defendants and payable to Plaintiff, are warranted in order to compensate Plaintiff for reasonable costs and expenses in connection with seeking discovery in the aid of execution of the Court's June 30, 2015 default judgment, Dkt. No. 27, including attorney's fees and expenses.

By May 19, 2016, Plaintiff is directed to submit an accounting of costs, fees, and expenses associated with seeking post-judgment discovery from Defendants, including compliance with the Court's February 18, 2016 order and Plaintiff's motion for contempt and sanctions. Defendants' response to Plaintiff's submission is due 14 days following the date of service of Plaintiff's

submission. Plaintiff's reply, if any, is due 7 days following the date of service of Defendants' response.

IT IS FURTHER ORDERED that Plaintiff's motion for the Court to impose coercive sanctions in the form of a fine payable to the Court is denied without prejudice to renew at a later date. Although the Court finds that it does not have sufficient grounds to impose such sanctions at this time, the Court may impose coercive sanctions at a later date if Plaintiff makes a sufficient showing as to why they are warranted.

Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 45.

SO ORDERED.

Dated: May 6, 2016
New York, New York

_____
GREGORY H. WOODS
United States District Judge