LAW OFFICES OF

**BERNARD D'ORAZIO**

& ASSOCIATES, P.C.

100 LAFAYETTE STREET - SUITE 601
NEW YORK, NEW YORK 10013
212-608-5300

DORAZIO-LAW.COM

Invoice submitted to:
Yu Ling Shen c/o Hang & Associates PLLC
136-18 39th Avenue, Suite 1003
Flushing, NY 11354

May 18, 2016

Invoice #18008

Professional Services

| Date | Attorney | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 11/5/2015 | Bernard D'O | Draft post-trial discovery demands, including Notices of Deposition, document demands, Restraining Notices, Information subpoenas, and letters to debtors. | 4.00<br>500.00/hr | 2,000.00 |
| 12/10/2015 | Bernard D'O | letters to debtors re: failure to respond to discovery demands. | 1.00<br>500.00/hr | 500.00 |
| 12/30/2015 | Bernard D'O | Letter to Court re: inability to obtain post-judgment discovery. | 0.50<br>500.00/hr | 250.00 |
| 1/6/2016 | Bernard D'O | Letter to Court re: permission to file motion to compel discovery. | 0.30<br>500.00/hr | 150.00 |
| 1/18/2016 | Bernard D'O | Draft motion to compel discovery. | 6.00<br>500.00/hr | 3,000.00 |
| 2/18/2016 | Bernard D'O | Court appearance - motion to compel discovery; letters to debtors. | 1.00<br>500.00/hr | 500.00 |
| 2/22/2016 | Samantha Li | Deliver subpoenas to process server for service. | 0.30<br>275.00/hr | 82.50 |
| 3/4/2016 | Bernard D'O | Prepare for depositions; aborted deposition session; letter to Judge. | 2.00<br>500.00/hr | 1,000.00 |
| 3/17/2016 | Bernard D'O | Draft contempt motion. | 5.00<br>500.00/hr | 2,500.00 |

Yu Ling Shen c/o Hang & Associates PLLC                                                                                              Page     2

|            |              |                                    | Hrs/Rate          | Amount      |
|------------|--------------|------------------------------------|-------------------|-------------|
| 4/29/2016  | Bernard D'O  | Judge letter - contempt motion.    | 0.20<br>500.00/hr | 100.00      |
| 5/5/2016   | Bernard D'O  | Court appearance - contempt motion.| 1.00<br>500.00/hr | 500.00      |
| 5/18/2016  | Bernard D'O  | Work on fee application.           | 2.00<br>500.00/hr | 1,000.00    |
|            |              | For professional services rendered | 23.30             | $11,582.50  |
|            |              | Previous balance                   |                   | $513.30     |
|            |              | Balance due                        |                   | $12,095.80  |