# LAW OFFICES OF
# BERNARD D'ORAZIO
## & ASSOCIATES, P.C.

100 LAFAYETTE STREET - SUITE 601
NEW YORK, NEW YORK 10013
212-608-5300

DORAZIO-LAW.COM

Invoice submitted to:
Yu Ling Shen c/o Hang & Associates PLLC
136-18 39th Avenue, Suite 1003
Flushing, NY 11354

January 18, 2016

Invoice #17831

Additional Charges :

|            |                   |                                | Amount |
|------------|-------------------|--------------------------------|--------|
| 11/5/2015  | Bernard D'Orazio  | Postage - Certified Mailings   | 20.00  |
| 12/9/2015  | Bernard D'Orazio  | Priority Mail Flat Rate Postage| 5.90   |
| 12/30/2015 | Barbara Yan       | Postage                        | 0.49   |
|            | Barbara Yan       | Postage                        | 0.49   |
| 1/6/2016   | Barbara Yan       | Postage                        | 1.42   |
| 1/18/2016  | Bernard D'Orazio  | Postage                        | 12.90  |

Total additional charges                                         $41.20

Balance due                                                      $41.20

LAW OFFICES OF

# BERNARD D'ORAZIO

## & ASSOCIATES, P.C.

100 LAFAYETTE STREET - SUITE 601
NEW YORK, NEW YORK 10013
212-608-5300

DORAZIO-LAW.COM

Invoice submitted to:
Yu Ling Shen c/o Hang & Associates PLLC
136-18 39th Avenue, Suite 1003
Flushing, NY 11354

March 09, 2016

Invoice #17912

Additional Charges :

|  |  |  | Amount |
|---|---|---|---|
| 2/19/2016 Barbara Yan | Postage |  | 12.90 |
| Total additional charges |  |  | $12.90 |
| Previous balance |  |  | $41.20 |
| Balance due |  |  | $54.10 |

LAW OFFICES OF
# BERNARD D'ORAZIO
& ASSOCIATES, P.C.

100 LAFAYETTE STREET - SUITE 601
NEW YORK, NEW YORK 10013
212-608-5300

DORAZIO-LAW.COM

Invoice submitted to:
Yu Ling Shen c/o Hang & Associates PLLC
136-18 39th Avenue, Suite 1003
Flushing, NY 11354

May 02, 2016

Invoice #17997

Additional Charges :

|  |  |  | Amount |
|---|---|---|---|
| 3/14/2016 | Bernard D'Orazio | Court reporter's fee-deposition or transcript of hearing. | 141.95 |
| 3/21/2016 | Barbara Yan | Process service fees/filing. | 182.00 |
| 4/4/2016 | Barbara Yan | LEXIS/NEXIS legal database charges. | 5.82 |
| 4/11/2016 | Barbara Yan | Process service fees/filing. | 122.00 |
| 4/29/2016 | Bernard D'Orazio | Postage | 0.98 |
|  | Bernard D'Orazio | Postage | 6.45 |

| | |
|---|---|
| Total additional charges | $459.20 |
| Previous balance | $54.10 |
| Balance due | $513.30 |