Vincent S. Wong, Esq. (VW9016)
Law Offices of Vincent S. Wong
39 East Broadway, Suite 306
New York, NY 10002
T: (212) 349-6099
F: (212) 349-6599
*Attorneys for the Defendants*
*466 Amaze Corp. and Xue Mei Chen*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
YU LING SHEN,                                                          Docket No: 15-CV-663

                              Plaintiff,

            -against-                               **NOTICE OF MOTION TO STAY ENFORCEMENT OF THE DEFAULT JUDGMENT**

466 AMAZE CORP. d/b/a "Amaze Fusion & Lounge",
XUE MEI CHEN, JOHN (first name unknown) HUANG
and JOHN DOES and JANE DOES 1-10

                              Defendant.
-------------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the declarations of VINCENT WONG, the exhibits attached thereto, and the accompanying memorandum of law, Defendants 466 Amaze Corp. and Xue Mei Chen will move this Court, at a date and time to be determined by the Court, for an order pursuant to Rule 62 of the Federal Rules of Civil Procedure and Court's equitable powers, for an Order staying Plaintiff's enforcement efforts of the default judgment, which include the Court Ordering that Defendants may receive payment from its accounts receivable and removing the restraining notice on Defendants' accounts placed by Plaintiff's attempts to enforce the Default Judgment, and Order that any money already seized and removed from Defendants' accounts by Plaintiff be held in escrow by Plaintiff's counsel, pending the resolution of Defendants' motion to vacate the default judgment, together with such further relief as the Court deems proper.

Dated: New York, NY
       November 8, 2016

                                                    */s/ Vincent S Wong*
                                                    Vincent S. Wong, Esq. (VW9016)
                                                    Law Offices of Vincent S. Wong
                                                    39 East Broadway, Suite 306
                                                    New York, NY 10002
                                                    P: (212) 349-6099

F: (212) 349-6599

To:
Hang & Associates, PLLC
Law Offices of Bernard D'Orazio, P.C.