Vincent S. Wong, Esq. (VW9016)
Law Offices of Vincent S. Wong
39 East Broadway, Suite 306
New York, NY 10002
T: (212) 349-6099
F: (212) 349-6599
*Attorneys for the Defendants*
*466 Amaze Corp. and Xue Mei Chen*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
YU LING SHEN,                                                         Docket No: 15-CV-663

                              Plaintiff,           **DECLARATION OF VINCENT S. WONG**

        -against-

466 AMAZE CORP. d/b/a "Amaze Fusion & Lounge",
XUE MEI CHEN, JOHN (first name unknown) HUANG
and JOHN DOES and JANE DOES 1-10

                             Defendant.
---------------------------------------------------------------------x

      VINCENT S. WONG, declares pursuant to 28 U.S.C. 1476, and subject to the penalties of perjury the following:

1. I am the managing attorney with the Law Offices of Vincent S. Wong, the attorneys for the Defendants 466 Amaze Corp. and Xue Mei Chen in this action, and I am fully familiar with the facts and circumstances of this matter.
2. I make this declaration in support to the Defendant s' motion to stay enforcement of the default judgment.
3. A true and correct copy of the Declaration of Samuel Berk, filed by Plaintiff, which admits the affidavits of service for the summons and complaint filed by Plaintiff to get a default in this case are not true is attached hereto as Exhibit 1.
4. A true and correct copy of the affidavits of services for the Summons and Complaint filed by Plaintiff in this action and contradicted by the Declaration of Samuel Berk are attached hereto as Exhibit 2.
5. A true and correct copy of a letter sent by Plaintiff to enforce the Default Judgment is attached hereto as Exhibit 3.
6. A true and correct copy of an email from Grubhub's legal department regarding the status of Defendant's account is attached hereto as Exhibit 4.

Dated: New York, NY
      November 8, 2016

*/s/ Vincent S. Wong*
Vincent S. Wong, Esq.(VW9016)
Law Offices of Vincent S. Wong
39 East Broadway, Suite 306
New York, NY 10002
